| | |
|---|---|
| 1 | CENTER FOR DISABILITY ACCESS |
| 2 | Raymond Ballister Jr., Esq., SBN 111282<br>Phyl Grace, Esq., SBN 171771 |
| 3 | Russell Handy, Esq., SBN 195058<br>Dennis Price, Esq., SBN 279082 |
| 4 | Mail: 8033 Linda Vista Road, Suite 200<br>San Diego, CA 92111 |
| 5 | (858) 375-7385; (888) 422-5191 fax<br>phylg@potterhandy.com |
| 6 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**Chris Langer**,

    Plaintiff,

v.

**Beverly 26 Investments, LLC,** a California Limited Liability Company; **Beverly Discount, Inc.**, a California Corporation; and Does 1-10,

    Defendants.

Case No.: 2:19-CV-09966-FMO-FFM

**NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES**

The plaintiff hereby notifies the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and to further the interests of judicial economy.

The plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days.

                              CENTER FOR DISABILITY ACCESS

Dated: January 13, 2020          /s/ Amanda Seabock
                                       Amanda Seabock
                                       Attorney for Plaintiff