CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082+
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>             Plaintiff,<br><br>     v.<br><br>BEVERLY 26 INVESTMENTS, LLC, a California Limited Liability Company; BEVERLY DISCOUNT, INC., a California Corporation; and Does 1-10,<br><br>             Defendants. | **Case:** 2:19-cv-09966-FMO-FFM<br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiff Chris Langer, hereby voluntarily dismisses the above captioned action <u>with</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendant Beverly 26 Investments, LLC, a California Limited Liability Company; Beverly Discount, Inc., a California Corporation, have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: February 3, 2020         CENTER FOR DISABILITY ACCESS

                                By:   /s/Amanda Lockhart Seabock
                                      Amanda Lockhart Seabock
                                      Attorney for Plaintiff